**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1517**

CHRISTINE A. GOLDING,

        Plaintiff - Appellant,

    v.

MONTGOMERY COUNTY PUBLIC SCHOOLS, Christianburg, VA; MARK
PASIER; MICHAEL STANLEY,

        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior
District Judge. (7:09-cv-00036-jct)

Submitted: September 28, 2010    Decided: September 30, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christine A. Golding, Appellant Pro Se. Adam Swann, GUYNN,
MEMMER & DILLON, PC, Salem, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christine A. Golding appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Golding v. Montgomery Cnty. Pub. Sch., No. 7:09-cv-00036-jct (W.D. Va. Apr. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED